THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Shelton Darnell Ray, Appellant.
 
 
 

Appeal From Richland County
Michelle J. Childs, Circuit Court Judge

Unpublished Opinion No. 2008-UP-661
 Submitted December 1, 2008  Filed
December 4, 2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Shelton Darnell Ray
 appeals his guilty plea to use of a vehicle without consent and sentence of
 time served.  Ray argues the trial court erred by not insuring his plea
 complied with the mandates set forth in Boykin v. Alabama, 395
 U.S. 238 (1969).  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.
HEARN,
C.J., SHORT and KONDUROS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.